IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA SALMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:11-1146 |
| OLD TIME POTTERY, INC., | ) Judge Sharp ) Magistrate Judge Griffin |
| Defendant. | ) JURY DEMAND ) |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. All of the claims asserted by Plaintiff Patricia Salmon against Defendant Old Time Pottery, Inc. are hereby dismissed *with prejudice*.

2. The parties shall bear their own respective attorney's fees, expenses and discretionary costs.

It is so ORDERED.

*Kevin H. Sharp*
_____
JUDGE

APPROVED FOR ENTRY:

*/s/ Anne Hunter Williams*
Anne Hunter Williams (Tenn. S. Ct. No. 22407)
Donald D. Zuccarello (Tenn. S. Ct. No. 15092)
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
Telephone: (615) 259-8100
Facsimile: (615) 259-8108
Email: dzuccarello@ddzlaw.com;
awilliams@ddzlaw.com; rsturkie@ddzlaw.com

Counsel for Plaintiff
Patricia Salmon


*/s/ Stephen H. Price*
Stephen H. Price (Tenn. S. Ct. No. 014658)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 782-2232
Facsimile: (615) 742-7226
Email: stephen.price@stites.com

Counsel for Defendant
Old Time Pottery, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2012, a copy of the foregoing STIPULATION was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

> Donald D. Zuccarello
> Anne Hunter Williams
> Law Office of Donald D. Zuccarello
> 3209 West End Avenue
> Nashville, TN 37203
> Email: dzuccarello@ddzlaw.com; awilliams@ddzlaw.com; rsturkie@ddzlaw.com


*/s/ Stephen H. Price*
Stephen H. Price

2