IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA SALMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:11-1146 |
| OLD TIME POTTERY, INC., | ) Judge Sharp<br>) Magistrate Judge Griffin |
| Defendant. | ) JURY DEMAND |

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. All of the claims asserted by Plaintiff Patricia Salmon against Defendant Old Time Pottery, Inc. are hereby dismissed *with prejudice*.

2. The parties shall bear their own respective attorney's fees, expenses and discretionary costs.

It is so ORDERED.

_____
JUDGE

APPROVED FOR ENTRY:

*/s/ Anne Hunter Williams*
Anne Hunter Williams (Tenn. S. Ct. No. 22407)
Donald D. Zuccarello (Tenn. S. Ct. No. 15092)
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
Telephone: (615) 259-8100
Facsimile: (615) 259-8108
Email: dzuccarello@ddzlaw.com;
awilliams@ddzlaw.com; rsturkie@ddzlaw.com

Counsel for Plaintiff
Patricia Salmon


*/s/ Stephen H. Price*
Stephen H. Price (Tenn. S. Ct. No. 014658)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 782-2232
Facsimile: (615) 742-7226
Email: stephen.price@stites.com

Counsel for Defendant
Old Time Pottery, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2012, a copy of the foregoing STIPULATION was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

    Donald D. Zuccarello
    Anne Hunter Williams
    Law Office of Donald D. Zuccarello
    3209 West End Avenue
    Nashville, TN 37203
    Email: dzuccarello@ddzlaw.com; awilliams@ddzlaw.com; rsturkie@ddzlaw.com


    */s/ Stephen H. Price*
    Stephen H. Price